SO ORDERED: June 23, 2006.



Basil H. Lorch III
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOSEPH THOMAS SHAW | ) | Case No. 05-92812-BHL-7 |
| AND RHONDA SUE SHAW | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| HOLLAND ROOFING OF | ) | |
| INDIANAPOLIS, INC., ET AL. | ) | Adversary Proceeding No. |
| | ) | 05-9078 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| RHONDA SUE SHAW | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for summary judgment of plaintiffs Holland Roofing of Cincinnati, Inc., Holland Roofing of Indianapolis, Inc., Holland Roofing Group, LLC, Holland Roofing Residential of Northern Kentucky, Inc., Holland

*Roofing* of Atlanta, *LLC*, Holland Roofing, Inc., Holland Roofing of Louisville, Inc., Holland Roofing of Columbus, Inc., Holland Roofing RRM, Inc. and Holland Roofing of Nashville, Inc. (together, the "plaintiffs") against defendant Rhonda Sue Shaw (the "defendant") on all claims set forth within their *Complaint for Determination of Non-Dischargeability Pursuant to 11 U.S.C. §523 and Denial of Discharge Pursuant to 11 U.S.C. §727* (the "Complaint"). Defendant has not filed any memorandum in opposition to the motion. During the Pretrial Conference in this matter, held March 2, 2006, defendant admitted to the truthfulness and accuracy of the facts that give rise to plaintiff's motion, and that she does not oppose the entry of the relief sought by this motion.

Notwithstanding said admissions by defendant, the Court has conducted an independent evaluation of the claims of nondischargeability presented by plaintiffs. The Court finds that the claims are well taken. Defendant's debt to plaintiffs arise from her unlawful conversion and fraud while acting in a fiduciary capacity as their accounts payable manager, and is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A), (4), (6) and (13). Defendant pled guilty to one count of mail fraud (18 U.S.C. §1341) and one count of unauthorized use of a credit card (18 U.S.C. §1029 (a)(2) in that criminal action, styled *United States of America v. Rhonda Shaw*, United States District Court for the Eastern District of Kentucky, Criminal No. 02-15, arising from her activities while employed by plaintiffs as their accounts payable manager. Plaintiffs' civil claims arising from those activities were fully litigated against defendant in that action in the Circuit Court of Dearborn County, Indiana, styled *Holland Roofing of Indianapolis, Inc., et al. v. Rhonda S. Shaw et al.*, Case No. 15C01-0011-CP-134. Within that action, the state court granted plaintiffs' motion for summary judgment, found that defendant's activities while

2

employed as plaintiffs' accounts payable manager were intentional, willful, fraudulent and malicious, and entered judgment against her in the amount of $829,791.87, after trebling under IC §34-24-3-1(1), plus costs and attorney's fees

The Court having heard counsel and the parties and being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

1. That plaintiffs' motion for summary judgment be, and it is, GRANTED;

2. That the Court finds and determines that defendant's indebtedness to plaintiffs set forth within that judgment entered on or about November 17, 2000, in that civil action in the Circuit Court of Dearborn County, Indiana, styled *Holland Roofing of Indianapolis, Inc., et al. v. Rhonda S. Shaw et al.*, Case No. 15C01-0011-CP-134, in the principal amount of $829,791.87, plus interest thereon, costs and attorney's fees constitutes a debt of defendant's that is nondischargeable in accordance with 11 U.S.C. §523(a)(2)(A), (4), (6) and (13); and

3. That defendant be, and she is, denied a discharge of the aforementioned debt to plaintiffs, pursuant to 11 U.S.C. §727.

###

TENDERED BY:

*[signature]*

Mark A. Smedal  ISBN: 19047-10
Smith & Helman
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
MSmedal@SmithHelman.com

and

*Robert A. Winter, Jr. [signature]*

Robert A. Winter, Jr.
Hemmer Pangburn DeFrank PLLC
250 Grandview Drive, Suite 200
Ft. Mitchell, Kentucky 41017
(859) 344.1188
(859) 578.3869 (fax)
BWinter@Hemmerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and accurate copies of the foregoing were served on the following by either electronic service or depositing the same into the United States Mails, first class postage prepaid, on this 3rd day of March [June] 2006, to:

Mr. Michael J. Walro
United States Trustee
426 East Main Street
Madison, IN 42750

Ms. Rhonda Sue Shaw
5776 Yorkridge Road
Guilford, IN 47025

*[signature]*
Mark A. Smedal

4